

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00664-CV

**IN THE INTEREST OF A.D.J., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01781
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the September 21, 2017 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on November 14, 2017. *See* TEX. R. APP. P. 38.6(a). After the brief was due, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief until December 4, 2017.

Appellant's motion is GRANTED. Appellant's brief is due on December 4, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court